

# INVOICE

Invoice #2016037992
10/4/2016



Elliot Kozolchyk, Esq.
KOZ LAW PA
320 S.E. 9th Street
Ft. Lauderdale, FL 33316

**Send Payments To:**
Priority One Process Service, Inc.
5893 Sunset Drive
South Miami, FL 33143
Phone: (305) 669-1518
Fax: (305) 669-1520
F.E.I.N.# 20-5686386

Reference Number: HEMINGWAY VS GA

**Case Number: SOUTHERN 16-CV-62290 RNS/OTAZO**

Plaintiff:
**NORRIS HEMINGWAY**

Defendant:
**GA CONSTRUCTION GROUP LLC., ET AL.,**

Received: 9/27/2016   Served: 9/29/2016 11:45 am  CORPORATE W/O RA @ PRINCIPAL
To be served on: GA CONSTRUCTION GROUP LLC., C/O THE GA GROPU LTD CO., REGISTERED AGENT

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee Summons | 1.00 | 41.00 | 41.00 |
| TOTAL CHARGED: | | | $41.00 |
| 09/27/2016   Check #07635B   Pre-Payment | | | 41.00 |
| **BALANCE DUE:** | | | **$0.00** |

**Thank you for your business!**

PAYMENT IS DUE UPON RECEIPT OF INVOICE. LATE FEES OF $5.00 PER INVOICE PER MONTH ARE APPLIED TO ALL INVOICES AFTER 30 DAYS OLD. AS OF 3/1/2012 MONTHLY STATEMENTS WILL INCLUDE APPLICABLE LATE FEES. WE ACCEPT ALL MAJOR CREDIT CARDS.

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4a

**EXHIBIT C**



# **INVOICE**

Invoice #2016037993
1/5/2017



Elliot Kozolchyk, Esq.
KOZ LAW PA
320 S.E. 9th Street
Ft. Lauderdale, FL 33316

**Send Payments To:**
**Priority One Process Service, Inc.**
**5893 Sunset Drive**
**South Miami, FL 33143**
**Phone: (305) 669-1518**
**Fax: (305) 669-1520**
**F.E.I.N.# 20-5686386**

Reference Number: HEMINGWAY VS GA

**Case Number: SOUTHERN 16-CV-62290 RNS/OTAZO**

Plaintiff:
**NORRIS HEMINGWAY**

Defendant:
**GA CONSTRUCTION GROUP LLC., ET AL.,**

Received: 9/27/2016   Served: 1/2/2017 3:52 pm   SUBSTITUTE RESIDENTIAL
To be served on: JOSEPH S. COOPER

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee Summons | 1.00 | 41.00 | 41.00 |
| Additional Address(es) | 1.00 | 41.00 | 41.00 |
| Locate Search Fee | 1.00 | 75.00 | 75.00 |
| TOTAL CHARGED: | | | $157.00 |
| 09/27/2016   Check #07635B   Pre-Payment | | | 41.00 |
| 12/07/2016   Check #04145B   Pre-Payment | | | 116.00 |
| **BALANCE DUE:** | | | **$0.00** |

**Thank you for your business!**

PAYMENT IS DUE UPON RECEIPT OF INVOICE. LATE FEES OF $5.00 PER INVOICE PER MONTH ARE APPLIED TO ALL INVOICES AFTER 30 DAYS OLD.

WE ACCEPT ALL MAJOR CREDIT CARDS.

**EXHIBIT C**



# **INVOICE**

Invoice #2016037994
10/4/2016



Elliot Kozolchyk, Esq.
KOZ LAW PA
320 S.E. 9th Street
Ft. Lauderdale, FL 33316

**Send Payments To:**
**Priority One Process Service, Inc.**
**5893 Sunset Drive**
**South Miami, FL 33143**
**Phone: (305) 669-1518**
**Fax: (305) 669-1520**

Reference Number: HEMINGWAY VS GA

**F.E.I.N.# 20-5686386**

**Case Number: SOUTHERN 16-CV-62290 RNS/OTAZO**

Plaintiff:
**NORRIS HEMINGWAY**

Defendant:
**GA CONSTRUCTION GROUP LLC., ET AL.,**

Received: 9/27/2016   Served: 9/29/2016 11:45 am   CORPORATE IN ABSENCE OF RA
To be served on: THE GA GROUP LTD CVO.,

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee Summons | 1.00 | 41.00 | 41.00 |
| TOTAL CHARGED: | | | $41.00 |
| 09/27/2016   Check #07635B   Pre-Payment | | | 41.00 |
| **BALANCE DUE:** | | | **$0.00** |

**Thank you for your business!**

PAYMENT IS DUE UPON RECEIPT OF INVOICE. LATE FEES OF $5.00 PER INVOICE PER MONTH ARE APPLIED TO ALL INVOICES AFTER 30 DAYS OLD. AS OF 3/1/2012 MONTHLY STATEMENTS WILL INCLUDE APPLICABLE LATE FEES. WE ACCEPT ALL MAJOR CREDIT CARDS.

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4a

**EXHIBIT C**